# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRAM, an individual, d/b/a PACIFIC PRODUCTIONS,<br>        Plaintiff(s),<br>v.<br>UNIVERSAL PICTURES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP; a Delaware Limited partnership; UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC, a Delaware Limited Liability company; SETH MACFARLANE, an individual; FUZZY DOOR PRODUCTIONS, INC. a California corporation; MEDIA RIGHTS CAPITAL L.P., a Delaware Limited partnership; MRC II DISTRIBUTION COMPANY, L.P., a Delaware Limited partnership; TARGET CORPORATION, a Minnesota Corporation; National Entertainment Collectibles Association, a New Jersey Corporation; Striker Entertainment LLC, a California Limited Liability company; and DOES 1 through 10, inclusive,<br>        Defendant(s). | Case No. 2:15-cv-01359-DSF-JEM<br>**[PROPOSED] ORDER RE: PROTECTION OF CONFIDENTIAL MATERIAL**<br><br>[Assigned to the Honorable John E. McDermott] |

Pursuant to stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that all discovery in this matter shall be subject to the within Stipulation regarding the treatment of Protected Material.

Dated:  November 16, 2015

                                        _John E. McDermott_
                                        The Honorable John E. McDermott
                                        UNITED STATES MAGISTRATE JUDGE